UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT JOE STRANGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENTNER DRUMMOND, )<br>)<br>Defendant. ) | Case No. CIV-24-1010-J |

### ORDER

Plaintiff, a state prisoner proceeding pro se, initiated this action by filing a complaint under 42 U.S.C. § 1983. [Doc. No. 1]. The Court referred the matter to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4].

On December 23, 2024, Judge Stephens issued a Report and Recommendation recommending dismissal of Plaintiff's complaint without prejudice due to Plaintiff's failure to pay the $405.00 filing fee—despite being ordered to do so on two occasions. [Doc. No. 7]. Plaintiff did not object by the January 13, 2025, deadline and has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 7] and DISMISSES Plaintiff's complaint without prejudice. A separate judgment will enter.

IT IS SO ORDERED this 22nd day of January, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE